1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REYNOLDS METALS COMPANY, *et al.*, | |
| Plaintiffs, | Case No. C04-0175L |
| and | ORDER DENYING MOTION TO STAY DISCOVERY OR TO EXPEDITE REVIEW OF MOTION TO DISMISS |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, | |
| Plaintiff-in-Intervention, | |
| v. | |
| ALCAN, INC., *et al.*, | |
| Defendants. | |

This matter comes before the Court on the "Motion to Stay Discovery Directed to Alcan, Inc., or in the Alternative, for Expedited Review of Motion to Dismiss" (Dkt. # 98, the "Motion") filed by defendant, Alcan, Inc. ("Alcan"). At the same time it filed this Motion, Alcan also filed a motion to dismiss. Alcan argues that it has been "effectively dismissed" (Motion at p. 2) from the case as a result of this Court's February 15, 2005 order regarding the summary judgment motion of Alcan Aluminum Corporation (Dkt. # 90, the "Prior Order").

As Alcan is aware, this Court granted plaintiffs' motion to reconsider a portion of the

ORDER DENYING MOTION
TO STAY DISCOVERY OR TO
EXPEDITE REVIEW OF MOTION TO
DISMISS

1 Prior Order and is awaiting submissions from Alcan Aluminum Corporation on that issue.  As a
2 result, Alcan's reliance on the Prior Order is premature.  Alcan's motion to dismiss will be
3 addressed in its proper course.  In the meantime, Alcan is not exempt from any of its discovery
4 obligations.

5     For all of the foregoing reasons, Alcan's "Motion to Stay Discovery Directed to Alcan,
6 Inc., or in the Alternative, for Expedited Review of Motion to Dismiss" (Dkt. # 98) is DENIED.

8     DATED this 19th day of April, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
TO STAY DISCOVERY OR TO
EXPEDITE REVIEW OF MOTION TO
DISMISS                                                    -2-