UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REYNOLDS METALS COMPANY and ALCOA INC., <br><br>    Plaintiffs, <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, <br><br>    Plaintiff-In-Intervention, <br><br>    v <br><br> ALCAN INC. And ALCAN ALUMINUM CORPORATION, <br><br>    Defendants. | NO. C04-175L <br><br><br> MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The trial date and the deadlines for the agreed pretrial order, trial briefs, proposed voir dire questions, proposed jury instructions and trial exhibits have been stricken. These dates will be rescheduled after the Court rules on the outstanding summary judgment motions.

DATED this 18th day of August, 2005.

s/ Kerry Lane  
by Kerry Lane, Deputy Clerk  
To Robert S. Lasnik, Judge  
206-370-8519

MINUTE ORDER