HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REYNOLDS METALS COMPANY and
ALCOA INC.,

        Plaintiffs,

   and

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

        Plaintiff-in-Intervention,

   v.

ALCAN INC. and ALCAN ALUMINUM
CORPORATION,

        Defendants.

NO.  C04-0175RJB

DEFENDANTS' MOTION IN LIMINE TO
EXCLUDE ASTM-B928 EVIDENCE

**NOTE ON MOTION CALENDAR:**
**May 1, 2006**

    Defendants Alcan Aluminum Corporation and Alcan Inc. (collectively, "Alcan"), by and

through their undersigned counsel, move this Court for an Order to preclude any mention,

reference to, or admission into evidence of, the current ASTM International Standards

designation B928-03 ("B928"), as adopted in 2003.

    Alcan contends that this current ASTM International Standards designation, which was not

adopted until well after the factual circumstances surrounding this lawsuit, has no bearing on any

DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
ASTM-B928 EVIDENCE - 1
(C04-0175RJB)

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1840320.1

1  issue in this case.  As such, it is irrelevant under the Federal Rules of Evidence, Rules 401 and

2  402, and if mentioned, referred to or admitted, evidence pertaining to B928 would be unduly

3  prejudicial to Alcan and would confuse the jury under Rule 403.

4      Although plaintiffs had originally designated the formal, final language of B928 as their

5  proposed trial exhibit No. 253, and although that document has been removed from plaintiffs'

6  proposed exhibit list, Alcan makes this motion to prevent any mention or reference to the fact

7  that this ASTM International Standard was adopted in 2003, to the language included in the

8  current standard, or to the application of the current standard since 2003.

9      DATED this 26th day of April, 2006.

10                                        s/Douglas A. Hofmann, WSBA #6393
                                          John A. Knox, WSBA #12707
11                                        Attorneys for Defendants
                                          WILLIAMS, KASTNER & GIBBS PLLC
12                                        601 Union Street, Suite 4100
                                          Seattle, WA  98101-2380
13                                        Telephone:  (206) 628-6600
                                          Fax:  (206) 628-6611
14                                        E-mail: dhofmann@wkg.com
15                                                jknox@wkg.com

16

17

18

19

20

21

22

23

24

25

DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
ASTM-B928 EVIDENCE - 2
(C04-0175RJB)

Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1840320.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Carolyn M. Branthoover
cbranthoover@klng.com

Douglas J. Simmons
dsimmons@klng.com

Jared S. Hawk
jhawk@klng.com

Earl M. Sutherland
esutherland@rmlaw.com

Paul Joseph Kundtz
pkundtz@riddellwilliams.com

T. Scott Tate
state@schnader.com

Thomas M. Reiter
treiter@klng.com

Gregory H. Teufel
gteufel@schnader.com

Todd S. Roessler
troessler@klng.com

William F. Knowles
wknowles@cozen.com

Elisa P. Pizzino
elisa.pizzino@novelis.com

and I hereby certify that I have e-mailed by United States Postal Service the document to the following non-CM/ECF participant:

Debra Kackley
debra.kackley@novelis.com

_s/ Douglas A. Hofmann_, WSBA #06393
John A. Knox, WSBA #12707
Attorneys for Defendants
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
E-mail: dhofmann@wkg.com
         jknox@wkg.com

DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
ASTM-B928 EVIDENCE - 3
(C04-0175RJB)

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O.  Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1840320.1