UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

REYNOLDS METALS COMPANY and ALCOA INC.,

Plaintiffs,

and

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

Plaintiff-in-Intervention,

v.

ALCAN INC. and ALCAN ALUMINUM CORPORATION,

Defendants.

Case No. C04-0175RJB

ORDER DENYING DEFENDANTS' MOTION FOR DISMISSAL OF IMPLIED INDEMNITY CLAIM

This matter comes before the Court on Alcan Defendants' Motion for Dismissal of Implied Indemnity Claim. Dkt. 233. The Court, having considered the motion, response, and reply, denies the motion. The implied indemnity claim may proceed against both Defendants.

DATED this 28th day of April, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER DENYING DEFENDANTS' MOTION FOR DISMISSAL OF IMPLIED INDEMNITY CLAIM
Page - 1