UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REYNOLDS METALS COMPANY and ALCOA, INC., <br><br> Plaintiffs, <br><br> NATIONAL UNION FIRE INSURANCE COMPANY, <br><br> Plaintiff-in Intervention, <br><br> v. <br><br> ALCAN INC. And ALCAN ALUMINUM CORPORATION, <br><br> Defendants. | Case No. C04-0175RJB <br><br> ORDER <br><br> (1) DENYING DEFENDANTS' MOTION FOR NEW TRIAL OR FOR JUDGMENT OF MATTER OF LAW (DKT 371) AND <br><br> (2) ORDER DENYING DEFENDANTS' MOTION FOR TEMPORARY STAY OF EXECUTION OF JUDGMENT (DKT. 369) AND <br><br> (3) DENYING PLAINTIFFS' CROSS-MOTION FOR ORDER TO POST BOND (DKT. 383) |

This matter comes before the court on the above-referenced motions. The court is familiar with the records and files herein and all documents filed in support of and in opposition to said motions and the events of the trial.

The court is satisfied with the various rulings made before and during trial and is satisfied that the trial was fair in all respects. Therefore, Defendants' Motion for New Trial or for Judgment as a Matter of Law and for Amendment of Judgment (Dkt. 371) is DENIED.

ORDER
Page - 1

1   In light of the foregoing ruling, Defendants' Motion for a Temporary Stay of Execution of
2   Judgment (Dkt. 369) is MOOT and is DENIED, and Plaintiffs' Cross-Motion for Order to Post Bond
3   (Dkt. 383) is likewise MOOT and is DENIED.
4   Execution of Judgment and appeal procedures may proceed in the ordinary course of business
5   under applicable law.
6   To quote Attorney Eugene Studer, "Let the appeals begin."
7   IT IS SO ORDERED.
8   DATED this 29th day of June, 2006.

/s/ Robert J. Bryan
Robert J. Bryan
United States District Judge