The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REYNOLDS METALS COMPANY and ALCOA INC., <br><br>Plaintiffs, <br><br>NATIONAL UNION FIRE INSURANCE COMPANY, <br><br>Plaintiff-in-Intervention <br><br>v. <br><br>ALCAN INC. and ALCAN ALUMINUM CORPORATION, <br><br>Defendants. | Case No. C04-0175RJB <br><br>**ORDER OF SATISFACTION OF JUDGMENT AND DISMISSAL** |

THIS MATTER comes before the Court on the parties' Stipulation pursuant to which it is hereby

ORDERED that the Judgment entered on May 23, 2006 (Dkt. #364) in the amount of $59,640,819 against Defendants Alcan Inc. and Alcan Aluminum Corporation has been fully satisfied; and

ORDERED that the Order entered on June 29, 2006 (Dkt. #395) granting an additional judgment of $16,098,686 for prejudgment interest against Defendants Alcan Inc. and Alcan Aluminum Corporation has been fully satisfied; and

ORDER OF SATISFACTION OF JUDGMENT AND DISMISSAL - 1
291/535422.01
080206 1710/61804.00001

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600

1  ORDERED that the Taxation of Costs entered on July 11, 2006 (Dkt. #398) in the
2  amount of $53,760.65 against Defendants Alcan Inc. and Alcan Aluminum Corporation has
3  been fully satisfied; and

4  ORDERED that, all claims asserted herein by the parties having been fully settled,
5  satisfied and agreed to be dismissed, all such claims are hereby dismissed with prejudice,
6  with no further award of costs or attorneys' fees, and this action is hereby closed.

7  The Clerk is directed to enter a satisfaction of all judgments entered in this matter
8  and to forward uncertified copies of this Order to all counsel of record.

9  DATED this 7th day of August, 2006.

ROBERT J. BRYAN
United States District Judge

Presented by:

                /s/
Paul J. Kundtz, WSBA #13548
Attorneys for Plaintiffs
Riddell Williams P.S.
1001 4th Avenue Plaza, Suite 4500
Seattle, WA  98154
Tel:    (206) 624-3600
Fax:   (206) 389-1708
Email: pkundtz@riddellwilliams.com

ORDER OF SATISFACTION OF JUDGMENT AND DISMISSAL - 2
291/535422.01
080206 1710/61804.00001

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600

| | |
|---|---|
| Approved by: | Approved by: |
| Douglas A. Hofman, WSBA #6393<br>John A. Knox, WSBA #12707<br>Attorneys for Defendants<br>Williams, Kastner & Gibbs PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600<br>Fax: (206) 628-6611<br>E-mail: dhofmann@wkg.com<br> jknox@wkg.com | Earl M. Sutherland, WSBA #23928<br>Reed McClure<br>Attorneys for Plaintiff-in-Intervention<br>National Union Fire Insurance Company of Pittsburgh, PA<br>Two Union Square<br>601 Union Street, Suite 1500<br>Seattle, WA 98101-1363<br>Tel: (206) 292-4900<br>FAX: (206) 223-0152<br>Email: esutherland@rmlaw.com |
| Carolyn M. Branthoover<br>Douglas J. Simmons<br>Attorneys for Plaintiffs<br>Kirkpatrick & Lockhart<br> Nicholson Graham LLP<br>535 Smithfield Street<br>Pittsburgh, PA 15222-2312<br>Tel: (412) 355-6500<br>FAX: (412) 355-6501<br>Email: cbranthoover@klng.com<br>        dsimmons@klng.com | T. Scott Tate<br>Schnader Harrison Segal & Lewis LLP<br>Attorneys for Plaintiff-in-Intervention<br>National Union Fire Insurance Company of Pittsburgh, PA<br>One Montgomery Street<br>One Montgomery Tower, Suite 2200<br>San Francisco, CA 98104-5504<br>Tel: (415) 364-6700<br>FAX: (415) 364-6785<br>Email: state@schnader.com |

ORDER OF SATISFACTION OF JUDGMENT AND DISMISSAL - 3
291/535422.01
080206 1710/61804.00001

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600